Mercedes Rodríguez González, recurrente, *v*. El Registrador de Arecibo, recurrido.

No. 655.—*Sometido:* Noviembre 2, 1926. *Resuelto:* Noviembre 19, 1926.

Vendedor y Comprador—Requisitos y Validez del Contrato—Contratos Consignados en Escritura Pública — Su Inscripción — Defectos Subsanables—Descripción de la Finca—Finca de la Cual se Segregó Una Porción.—No constituye defecto subsanable el dejar de consignar separadamente en una escritura de venta de una finca inscrita de la cual se ha segregado una porción las descripciones de la finca tal como era antes de la segregación y como quedó después, si la escritura contiene una descripción completa de la finca vendida con las debidas referencias a la segregación y a la previa inscripción en el registro.

Nota de *Emigdio S. Ginorio,* R. (Arecibo), inscribiendo escritura de compra-venta con el defecto subsanable expresado en la opinión. *Revocada.*

*Eduardo Marín Marién,* abogado del recurrente; *El Registrador recurrido no compareció.*

El Juez Presidente Señor del Toro, emitió la opinión del tribunal.

Presentada para su inscripción en el Registro de la Propiedad de Arecibo la escritura No. 193, otorgada en Utuado el 30 de agosto de 1926 ante el notario Eduardo Marín Marién, el registrador la inscribió pero "con el defecto subsanable de no describirse la finca principal de donde es disgregada la vendida." No conforme la parte interesada interpuso el presente recurso gubernativo.

A nuestro juicio tiene razón el apelante. La finca que se vende e hipoteca no se disgrega de otra principal sino que es el resto que queda de la principal y continúa siendo por tanto la principal en el registro. Todo consta con suficiente claridad en la escritura y el propio registrador no tuvo dificultad de ninguna especie para verificar la inscrip-

ción.  Del registro aparece que la finca principal tal como
fué inscrita por vez primera constaba de veinticinco cuer-
das.  Se segregaron de ella cinco. cuerdas y se vendieron e
inscribieron como finca aparte.  Por la presente escritura
se vende el resto o sea veinte cuerdas que se describen de
conformidad con la ley, expresándose en la propia escritura
el tomo y página donde consta inscrita.

El registrador no ha presentado alegato y no conocemos
autoridad alguna que pueda sostener su nota.  Las escritu-
ras deben ser siempre lo más claras que sea posible y con-
venimos en que la escritura en este caso pudo contener dos
descripciones separadas, la de la finca de veinticinco cuer-
das y la de la misma finca tal como quedó al segregársele
las cinco cuerdas; pero conteniendo como contiene la úl-
tima con las debidas referencias a la primera, atendidos
los claros e inequívocos antecedentes del registro, creemos
que es suficiente.

*Debe revocarse la nota recurrida.*

El Juez Asociado Señor Hutchison no intervino en la
resolución de este caso.